3

FORM b23 (12/10)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 2:10-bk-28564-GBN

JOHN W CRAWFORD  Chapter: 7
1725 WEST LAWRENCE LANE
PHOENIX, AZ 85021
SSAN: xxx-xx-0798
EIN:

Debtor(s)

**FILED**

JAN 1 1 2011

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or a chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline.*

**Filing Deadlines:** In a chapter 7 case, file within 60 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

**Instructions:** Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*[Check the appropriate boxes]*

☐ I/We, __John W Crawford__, the debtor(s) in the above-styled case hereby
   *(Printed Name(s) of Debtor and Joint Debtor, if any)*

certify that on __Oct 8, 2010__ I/we completed an instructional course in personal financial management
   *(Date)*

provided by __Academy of Financial Literacy__, an approved personal financial management
   *(Name of Provider)*

instruction provider. If the provider furnished a Certificate attesting to the completion of the personal financial

management instructional course, a copy is attached. Certificate No. __11557-AZ-DE-012609 09b__

--- CERTIFICATION OF COMPLETION CONTINUES ON NEXT PAGE ---

☐ I/We, _____, the debtor(s) in the above-styled case, hereby
(Printed Name(s) of Debtor and Joint Debtor, if any)

certify that <u>no personal financial management course is required</u>, because:

    ☐   I am/We are incapacitated or disabled, as defined in 11 U.S.C. § 109(h);

    ☐   I am/ We are on active military duty in a military combat zone.

_/s/ John W. [signature]_____    1/8/2011_____
Signature of Debtor                                              Date


_____    _____
Signature of Joint Debtor                              Date

Certificate Number: 11557-AZ-DE-012609098

Bankruptcy Case Number: 10-28564


11557-AZ-DE-012609098

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 8, 2010</u>, at <u>3:24</u> o'clock <u>PM MDT</u>, <u>John Crawford</u> completed a course on personal financial management given <u>by internet</u> by <u>Academy of Financial Literacy</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of Arizona</u>.

Date: <u>October 8, 2010</u>　　　　By: <u>/s/Phillip Eugene Day</u>

　　　　　　　　　　　　　　　　Name: <u>Phillip Eugene Day</u>

　　　　　　　　　　　　　　　　Title: <u>Owner</u>